CR 12 (Rev. 82)

# WARRANT FOR ARREST

AUSA Beth Sreenan

| UNITED STATES DISTRICT COURT | DISTRICT: Southern District of Florida |
|---|---|
| UNITED STATES OF AMERICA vs. JOHN PAUL EVERHART, II | DOCKET NO. 06-14011 CR-GRAHAM  MAGISTRATE CASE NO. MAGISTRATE JUDGE LYNCH |

NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED
NAME: John Paul Everhart, II    FBI NO: 03220575
DOB: 06-08-1967    SSN: 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
ADDRESS: 18796 129th Terrace North, Jupiter, FL 33478
HEIGHT: 5' 9"    WEIGHT: 185 lbs
HAIR: Brown    EYES: Blue
RACE: White    SEX: Male
CUSTODY: St. Lucie County Jail, Fort Pierce, Florida
BOOKING NO. 164786
AGENCY: ICE - SA Brian Ray

WARRANT ISSUED ON THE BASES OF:
___ Order of Court    **X** Indictment
___ Information    ___ Complaint

TO: U.S. MARSHALS SERVICE OR ANY OTHER AUTHORIZED FEDERAL AGENCY.

DISTRICT OF ARREST: SDFL
CITY:

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available magistrate to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

Did knowingly use a computer to persuade, induce, entice and coerce a minor to engage in prohibited sexual conduct.

| IN VIOLATION OF | UNITED STATES CODE TITLE | SECTION |
|---|---|---|
|  | 18 | 2422(b) |

BAIL FIXED BY COURT: [signature]    OTHER CONDITIONS OF RELEASE:

ORDERED BY: FRANK J. LYNCH, JR. UNITED STATES MAGISTRATE JUDGE
SIGNATURE (JUDGE/U.S. MAGISTRATE): [signature]
DATE: 3/30/06

CLERK OF COURT: CLARENCE MADDOX
(BY) DEPUTY CLERK: [signature]
DATE ISSUED: 3/30/06

RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED |  |  |

United States Judge or Judge of a State Court of Record

# BOND RECOMMENDATION

Defendant:   **John Paul EVERHART, II**

$ _____ PTD _____        (Surety, Recognizance, Corporate Surety, Cash) (Jail)
                         (On Bond) (Warrant) (Summons) (Marshals' Custody)


_____
Beth Sreenan
Assistant United States Attorney


Last Known Address: 18796 129th Terrace North, Jupiter, FL  33478

Incarceration Facility:  St. Lucie County Jail, Fort Pierce, Florida

Agent: SA Brian Ray - ICE