ps                         UNITED STATES DISTRICT COURT
                           SOUTHERN DISTRICT OF FLORIDA

                         CASE NO. 06-14011-CR-Graham/Lynch


UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOHN PAUL EVERHART, II

    Defendant.
_____/

## OBJECTIONS TO PRESENTENCE INVESTIGATION

The Defendant, John Paul Everhart, II, through counsel, hereby submits the following objections to the Presentence Investigation (PSI). Paragraph numbers refer to the PSI.

1. Paragraph 8 should be supplemented to add that the defendant denied having inappropriately touched the 14 year old girl at a birthday party.

2. Paragraph 16 inappropriately gives the a two level increase for a rebuttable presumption of inappropriately influencing a minor due to age difference. This increase should not apply in the instant case for the following reasons. First, there was no child to be influenced, rather an agent was involved who could pick whatever age involved. Second, the entire instant message (IM) conversation was 40 minutes, hardly a period of time in which anyone can exercise any undue influence. Third, the first mention of sex occurred 15 minutes into the IM and consisted of the following:

    Defendant:  so are you into sex [sic]

    Agent:  duh..im 14 not 4 [sic]

This is hardly a great deal of influence. Fourth, and finally, the entire duration of the telephone contact with the undercover agent lasts approximately 2 minutes, including greetings, an interruption for another conversation, discussions about where the meeting would take place, what the parties would be wearing in order to identify themselves in a public place, and whether the undercover agent was looking forward to driving a Jeep with a clutch. There is no persuasion.

    3. Paragraph 21 should reflect an adjusted offense level of 26.

    4. Paragraphs 25 should indicate a total offense level of 23.

    5. Paragraph 93 should yield a guideline range of 46-57 months, based on an offense level of 23 and a criminal history category of I. That guideline range becomes 60 months through operation of the mandatory minimum sentence.

                                            KATHLEEN M. WILLIAMS
                                            FEDERAL PUBLIC DEFENDER

By: _____/s/ Richard Kuhl_____
for   Dave Lee Brannon
      Assistant Federal Public Defender
      Attorney for Defendant
      Florida Bar No. 297941
      400 Australian Ave. N., Ste 300
      West Palm Beach, Florida 33401
      TEL:(561) 833-6288/FAX:(561) 833-0368
      *E-Mail: dave_brannon@fd.org*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was delivered this __1st__ day of August, 2006, to Assistant United States Attorney Beth Sreenan at 505 South Second Street, Suite 200, Fort Pierce, FL 34950 and United States Probation Officer Edward L. Cooley at 505 S. 2nd Street, Suite 320, Fort Pierce, FL 34950.

_____
  for   Dave Lee Brannon