UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-14011-CR-GRAHAM/LYNCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN PAUL EVERHART, II,

    Defendant.
_____/



### REPORT AND RECOMMENDATION ON DEFENDANT'S ADMISSION TO VIOLATION SET FORTH IN PETITION FOR VIOLATION OF SUPERVISED RELEASE

**THIS CAUSE** having come on to be heard for a preliminary hearing on the pending Petition Alleging Violation Of Supervised Release and this Court having conducted a hearing wherein the Defendant advised this Court that he wished to admit the violation, this Court recommends to the District Court as follows:

1. The Defendant appeared before this Court on May 4, 2011, for a preliminary hearing in respect to the Petition Alleging Violation Of Supervised Release. That Petition alleges the following violation:

| | |
|---|---|
| **Violation Number 1** | **Violation of Special Condition**, by failing to participate in a sex offender treatment program to include psychological testing and polygraph examination. On April 4, 2011, the defendant failed to participate in his sex offender inpatient treatment program at REACH, The Clinical & Forensic Institute, Inc. as evidenced by his letter of termination dated April 6, 2011. |

2. After consultation with his attorney, the Defendant announced to this Court that he wished to admit the violation set forth in the Petition. The possible maximum penalties which the Defendant was facing were read into the record by the government and

the Defendant stated that he understood those penalties. This Court questioned the Defendant and made certain that he understood his rights in regards to an evidentiary hearing in respect to the alleged violation. Further, the Defendant acknowledged that he understood his rights in that regard and further understands that all that will remain will be for the District Court to conduct a sentencing hearing for final disposition in this matter.

**ACCORDINGLY**, based upon the Defendant's admissions to the violation under oath, this Court recommends to the District Court that the Defendant be found to have violated his supervised release in respect to Violation Number 1 set forth in the Petition and that a sentencing hearing be set at the earliest convenience of the District Court for final disposition of this matter.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable Donald L. Graham, the United States District Judge assigned to this case.

**DONE AND SUBMITTED** this 4 day of May, 2011, at Fort Pierce, Northern Division of the Southern District of Florida.

LINNEA R. JOHNSON
UNITED STATES MAGISTRATE JUDGE

Copies furnished:
Hon. Donald L. Graham
AUSA Theodore M. Cooperstein
AFPD Dave Brannon
U. S. Probation
U. S. Marshal