```
          UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF FLORIDA
               FORT PIERCE DIVISION
          CASE NO. 06-14011-CR-GRAHAM
```

UNITED STATES OF AMERICA

        Plaintiff,

vs.

JOHN PAUL EVERHART, II,

        Defendant.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ON THE PETITION FOR VIOLATION OF SUPERVISED RELEASE**

**THIS CAUSE** came before the Court upon the Superseding Petition for Violation of Supervised Release filed on April 21, 2011.

A Evidentiary Hearing was held before Magistrate Judge Linnea R. Johnson on May 4, 2011. A Report and Recommendation filed on May 4, 2011 recommended that Defendant's term of supervised release be revoked. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however to date, none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that Magistrate Judge Johnson's Report and Recommendation on the violations set forth in the Petition for Violation of Supervised Release is hereby Adopted and Approved in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 16th day of May, 2011.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

Copied: Magistrate Judge Linnea R. Johnson
        Theodore Cooperstein, AUSA
        Dave Brannon, AFPD