```
                 UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF FLORIDA
                       FORT PIERCE DIVISION
                  CASE NO. 06-14011-CR-GRAHAM
```

UNITED STATES OF AMERICA

        Plaintiff,

vs.

JOHN PAUL EVERHART, II,

        Defendant.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION IN THE PETITION FOR VIOLATION OF SUPERVISED RELEASE**

**THIS CAUSE** came before the Court upon the Petition for Violation of Supervised Release filed on March 22, 2016.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, and a Evidentiary Hearing was held on March 2, 2017.  A Report and Recommendation was filed on March 3, 2017 recommending the Defendant be found in violation of numbers One and Three and to have not violated number two as set forth in the Petition for Violation of Supervised Release. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation. The Court has conducted a de novo review of the entire file, Accordingly, it is

**ORDERED AND ADJUDGED** that Magistrate Judge Lynch's Report and Recommendation on the violations set forth in the Petition for Violation of Supervised Release is hereby Adopted and Approved in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 29th day of March, 2017.

                                              _____
                                              DONALD L. GRAHAM
                                              UNITED STATES DISTRICT JUDGE

```
Copied: Magistrate Judge Frank J. Lynch
        Counsel of Record
```