```
               UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF FLORIDA
                   FORT PIERCE DIVISION
               CASE NO. 06-14011-CR-GRAHAM
```

UNITED STATES OF AMERICA

        Plaintiff,

vs.

**JOHN PAUL EVERHART, II**

        Defendant.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
ON THE PETITION FOR VIOLATION OF SUPERVISED RELEASE**

    **THIS CAUSE** came before the Court upon the Petition for Violation of Supervised Release filed on March 26, 2019.

    Magistrate Judge Shaniek N. Maynard held a Evidentiary Hearing was held on April 3, 2019 and a Report and Recommendation was filed recommending that Defendant's term of supervised release be revoked. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however to date, none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

    **ORDERED AND ADJUDGED** that Magistrate Judge Maynard's Report and Recommendation on the violations set forth in the Petition for Violation of Supervised Release is hereby Adopted and Approved in its entirety.

    **DONE AND ORDERED** in Chambers at Miami, Florida, this 8th day of May, 2019.

                                                   */s/ Donald L. Graham*
                                                   DONALD L. GRAHAM
                                                   UNITED STATES DISTRICT JUDGE

Copied: Martin Roth, Esq.
       Carmen Lineberger, AUSA
       Scott Kirche, USPO